NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 N. Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6562
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-cr-00244-DSF |
| Plaintiff, | ORDER APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL |
| v. | |
| ALAN BROIDY, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL is GRANTED. The victim impact statement will be filed and kept under seal until further order of the Court.

IT IS SO ORDERED.

DATED: November 20, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE