# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>          v.<br><br>ALAN F. BROIDY,<br>    Defendant. | CASE NO. CR 20-244 DSF<br><br>ORDER RE CONDITIONS OF RELEASE |

In order to permit defendant to complete his term of home detention before his self-surrender date, the Court modifies the conditions of release as follows:

1. The defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and Amended General Order 20-04, including the conditions of probation and supervised release set forth in Section III of Amended General Order 20-04.

2. The defendant shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath or sweat patch testing, as directed by the probation/pretrial services officer. The defendant shall abstain from using alcohol and illicit drugs, and from abusing prescription medications during the period of supervision.

3. The defendant shall participate in mental health treatment, which may include evaluation and counseling, until discharged from the program by the treatment provider, with the approval of the probation/pretrial officer. This condition may be satisfied by defendant obtaining treatment from the health care provider of his choice at his own

cc: USPO            cc: BOP
cc: Fiscal Section
cc: USM - LA

expense if the health care provider is approved by the probation/pretrial services officer.

4. As directed by the probation/pretrial services officer, the defendant shall pay all or part of the costs of the Court-ordered treatment to the aftercare contractors during the period of community supervision. The defendant shall provide payment and proof of payment as directed by the probation/pretrial services officer. If the defendant has no ability to pay, no payment shall be required.

5. The defendant shall participate for a period of eight months in a home detention program that may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification system and shall observe all rules of such program, as directed by the probation/pretrial services officer and approved by the Court. If this condition is satisfied before defendant surrenders, the requirement for eight months in a home detention program set forth in the Judgment and Commitment Order shall be deemed satisfied.

6. The defendant shall pay the costs of Location Monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation. The defendant shall provide payment and proof of payment as directed by the probation/pretrial services officer.

7. During the period of community supervision, the defendant shall pay the special assessment and restitution in accordance with this Order.

8. The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritance, judgments and any other financial gains to the Court-ordered financial obligation.

9. All previously imposed conditions remain in effect.

The Court authorizes the Probation & Pretrial Services Office to disclose the Presentence Report to the substance abuse treatment provider to facilitate the defendant's treatment for alcohol dependency. Further

redisclosure of the Presentence Report by the treatment provider is prohibited without the consent of the sentencing judge.

The Court authorizes the Probation Officer to disclose the Presentence Report, and any previous mental health evaluations or reports, to the treatment provider. The treatment provider may provide information, excluding the Presentence report, to State or local social service agencies such as the State of California, Department of Social Service, for the purpose of the client's rehabilitation.

It is ordered that the defendant shall pay restitution in the total amount of $75,000 pursuant to 18 U.S.C. § 3663A. Defendant is to make monthly payments of at least 10% of defendant's gross monthly income but not less than $2,200, whichever is greater, beginning January 15, 2021. All sums not required for the necessities of life are to be paid toward the restitution.

The restitution ordered shall be paid as follows:

| Victim | Amount |
| --- | --- |
| Gayle Levine | $75,000 |

IT IS SO ORDERED.

Date: December 8, 2020

Dale S. Fischer
United States District Judge

3