

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK OF COURT**

To:     Chief Deputy/Fiscal

**Re:    Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number: 2:20−cr−00244−DSF

Defendant's Name: Alan F Broidy

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on 08/02/2021 . The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : 12/29/2021 , it was verified the defendant:**

 has surrendered to the Bureau of Prisons .

**Verified via Bureau of Prisons website.**

 December 29, 2021                    By /s/ *Jenny Lam*
Date                                                      Deputy Clerk

CR−86 (11/08)                    VERIFICATION OF SURRENDER